**ALLEN & OVERY LLP**
Ken Coleman
Lisa Kraidin
Jonathan Cho
1221 Avenue of the Americas
New York, New York 10020
Telephone (212) 610-6300
Facsimile (212) 610-6399

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ---------------------------------------------------------------- | X |
| MARSHALL W. COLLINS, GARY DANNENBERG, THEODORE M. KOLER, AND ELMER WALKER, Individually and on Behalf of All Others Similarly Situated | : <br> : <br> : <br> : <br> : 11 Civ. 1288 (JSR) |
| Plaintiffs, | : <br> : |
| -v- | : <br> : |
| OILSANDS QUEST INC. (f/k/a CANWEST PETROLEUM CORPORATION), CHRISTOPHER H. HOPKINS, T. MURRAY WILSON, KARIM HIRJI, GARTH WONG, RONALD PHILLIPS, THOMAS MILNE, GORDON TALLMAN, WILLIAM SCOTT THOMPSON, PAMELA WALLIN, JOHN READ, AND MCDANIEL & ASSOCIATES CONSULTINGS LTD., | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : |
| ---------------------------------------------------------------- | X |
| *In re:* | : Chapter 15 <br> : |
| OILSANDS QUEST INC., *et al.*, | : 12-10476 <br> : |
| Applicants in Foreign Proceedings. | : (Jointly Administered) <br> : |
| ---------------------------------------------------------------- | X |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK:

: SS

CITY OF NEW YORK:

Melissa Gabriellini, being duly sworn, deposes and says:

I am over the age of eighteen years, am not a party to the action, and reside in the County of Richmond, State of New York. On January 29, 2013, I caused true and correct copies of the *Notice of Filing of the Thirteenth Report of the Monitor of the Oilsands Group in the Canadian Proceedings*, with its accompanying exhibit, and the *Notice of Filing of the First Report of the Receiver in the Canadian Proceedings*, with its accompanying exhibit to be served via first class mail to the persons on the service list attached hereto as <u>Exhibit A</u>.

Melissa Gabriellini

Sworn before me this 31st day
of January, 2013

Notary Public

KURT R. VELLEK
Notary Public, State of New York
No. 01VE4943080
Qualified in Putnam County
Certificate filed in New York County
Commission Expires Oct. 17, 20 14

EXHIBIT A

## SERVICE LIST

Beth Ann Kaswan
Thomas Livezey Laughlin, IV
Joseph Peter Guglielmo
David R. Scott
Scott Scott, L.L.P.
500 Fifth Avenue
40th Floor
New York, NY 10110

Amanda F. Lawrence
Scott & Scott, LLC
156 South Main Street
P.O.Box 192
Colchester, CT 06415

Mary Katherine Blasy
Scott Scott LLP
707 Broadway
Suite 1000
San Diego, CA 92101

Robyn F. Tarnofsky
Moses Silverman
Andrew Garry Gordon
James Joseph Beha, II
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Matthew Terrence McLaughlin
David Neil Cinotti
Julia Lucia Davis
Andrew Flagg Brin Diamond
Venable LLP
1270 Ave of the Americas
New York, NY 10020

Trevor A. Crow
Jennifer Michelle Osgood
Burns, Figa & Will, P.C.
6400 South Fiddlers Green Circle
Plaza Tower One
#1000
Greenwood Village, CO 80111

Don William Barrett
Barrett Law Office, PA
P.O. Box 987
404 Court Square North
Lexington, MS 39095

Ananda N. Chaudhuri
Grant & Eisenhofer, P.A.
485 Lexington Avenue
29th Floor
New York, NY 10017

Thomas T. Dunbar
Dunbar Law Office, P.C.
300 Concourse Boulevard
#102
Ridgeland, MS 39157

Keith M. Fleischman
Fleischman Law Firm
565 Fifth Avenue
7th Floor
New York, NY 10017

Patrick M. Groom
Witwer, Oldenburg, Barry & Johnson, LLP
822 7th Street
#760
Greeley, CO 80631

Jonathon David Berman
Thomas P. Johnson
Terry R. Miller
Davis Graham & Stubbs, LLP
1550 17th Street
#500
Denver, CO 80202

Andrew Ryan Shoemaker
Shoemaker Ghiselli & Schwartz, LLC
1811 Pearl Street
Boulder, CO 80302

Kip B. Shuman
Rusty E. Glenn
THE SHUMAN LAW FIRM
885 Arapahoe Avenue
Boulder, CO 80302

About Staffing
215 12th Avenue SE
Calgary T2G 1A2
AB
Canada

Accurate Stamp & Seal
4710 1st Street SW
Calgary T2G 1A2
AB
Canada

Broadridge ICS
PO Box 416423
Boston, MA 06423

Carbon Copy Digital
110 11 Avnue SW
Calgary T2R 0A2
AB
Canada

Continental Imaging Products
1703 10 Avenue SW
Calgary T3C 0B8
AB
Canada

ES Williams & Assoicates Inc.
Box 12, 3rd Floor, 214 Place
9909-102 St.
Calgary T8V 2V4
AB
Canada

Mountain Fresh Canada Ltd.
#15-2928 18th Street NE
Calgary T2E 7B1
AB
Canada

National Public Relations Inc.
1600, 800 6 Avenue SW
Calgary T2P 3G3
AB
Canada

Pitney Bowes
PO Box 278
Orangeville L9W 2Z6
ON
Canada

Pitneyworks
PO Box 280
Orangeville L9W 2Z7
ON
Canada

Socius CG II Ltd.
Clarendon House
2 Church Street
Hamilton HM 11 Bermuda

Sharp's Audio Visual Systems Integration
3636-7 Street SE
Calgary T2G 2Y8
AB
Canada

Sizeland Evans Interior Design Inc.
700, 441 – 5 Avenue SW
Calgary T2P 2V1
AB
Canada

Staples
PO Box 1953 Stn D
Scarborough M1P 5H9
ON
Canada

TD Securities Inc.
800 Home Oil Tower
325 8th Avenue SW
Calgary T2P 2Z2
AB
Canada

Telus Mobility
PO Box 8950 Stn Terminal
Vancouver V6B 3C3
BC
Canada

The Coffee Connection
1047 26th Street NE
Calgary T2A 6K8
AB
Canada

The Elite Fleet
3615 Manchester Rd SE
Calgary T2G 3Z7
AB
Canada

CRA
9700 Jasper Avenue
Edmonton T5J 4C8
AB
Canada

Minister of Finance
Province of Saskatachewan
2350 Albert Street
Regina S4P 4A6
SK
Canada

Workers' Compensation Board of Alberta
9912 107th Street
PO Box 2415
Edmonton T2P 5E9
AB
Canada

Workers' Compensation Board of Saskatachewan
200 – 1881 Scarth Street
Regina S4P 4L1
SK
Canada

AXA Pacific Insurance Company
220 - 12Th Ave SW, Suite# 500
Calgary T2R 0E9
AB
Canada

Ackland Grainger
200-284 Macdonald Cresent
Fort MacMurray T9H 4B6
AB
Canada

Aggreko Canada, Inc
P.O. Box 1569 Station A
Toronto M5W 3N9
ON
CA

Air Liquide Canada Inc.
10020 - 56th Avenue
Edmonton T6E 5Z2
AB
CA

Bell
P.O. Box 3017, Station Terminal
Vancouver V6B 6L1
BC
CA

Black Pearl Resources Inc.
700, 444 - 7 Avenue SW
Calgary T2P 0X8
AB
CA

Can-am Geomatics Corp.
900, 340 - 12 Avenue S.W.
Calgary T2R 1L5
AB
CA

Grizzly Oil Sands ULC
Suite 2700, 605- 5th Ave S.W.
Calgary T2P 3H5
AB
CA

Hurricane Industries Ltd.
P.O. Box 2038
Lloydminster S9V 1R5
SK
CA

Information Services Corporation of Sask
Finance Dept, 300 10 Research Drive
Regina S4S 7J7
SK
CA

Innovation Place
140 - 10 Research Drive
Regina S4S 7J7
SK
CA

Jardine Lloyd Thompson Canada
400, 220 - 12 Avenue SW
Calgary T2R 0E9
AB
CA

Maxxam Analytics
PO Box 9549, Station M
Calgary T2P 5L8
AB
CA

Methy Construction
PO Box 310
LA Loche S0M 1G0
SK
CA

McMurray Aviation
Fort McMurray Airport Site 1, Box 5, RR1
Fort MacMurray T9H 5B4
AB
CA

Minister of Finance, Province of Alberta
9915-108 Street
Edmonton T5K 2G8
AB
CA

NEC Contractors Ltd.
P.O. Box 2100
Lac La Biche T0A 2C0
AB
CA

Network Innovations
4424 Manilla Road SE
CALGARY T2G 4B7
AB
CA

Norberg Properties Ltd
O/a 27th Avenue Vista 1, 4616 Valiant Drive NW
Calgary T3A 0X9
AB
CA

Oilfield Guidance Inc.
#5 1935-27th Ave NE
Calgary T2E 7E4
AB
CA

Sasktel
PO Box 2121
Regina S4P 4C5
SK
CA

SDC Construction Ltd
P.O. Box 190
Il a La Crosse S0M 1C0
SK
CA

Silverbirch Energy Corporation
1000, 350 7th Avenue SW
Calgary T2P 3N9
AB
CA

Travers Food Service Ltd.
9647- 45 Avenue
Edmonton T6E 5Z8
AB
CA

Saskatchewan Energy & Resources
300 - 2103 - 11th Avenue
Regina S4P 3Z8
SK
CA

Oilsands Quest Inc.
800, 1333 - 8th Steet SW
Calgary T2R 1M6
AB
CA

1291329 Alberta Ltd.
800, 1333 - 8th Steet SW
Calgary T2R 1M6
AB
CA

Township Petroleum Corporation
800, 1333 - 8th Steet SW
Calgary T2R 1M6
AB
CA

Worleyparsons MEG
540 - 12 Avenue SW
Calgary   T2R 0H4
AB
CA

The Northern Village of La Loche
PO Box 310
La Loche S0M 1G0
SK
CA

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004