UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARSHALL W. COLLINS, GARY DANNENBERG, THEODORE M. KOLER, AND ELMER WALKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OILSANDS QUEST INC. (f/k/a CANWEST PETROLEUM CORPORATION), CHRISTOPHER H. HOPKINS, T. MURRAY WILSON, KARIM HIRJI, GARTH WONG, RONALD PHILLIPS, THOMAS MILNE, GORDON TALLMAN, WILLIAM SCOTT THOMPSON, PAMELA WALLIN, JOHN READ, and McDANIEL & ASSOCIATES CONSULTANTS LTD.,<br><br>Defendants. | Case No. 11 Civ. 1288 (JSR)<br><br><u>CLASS ACTION</u><br><br>NOTICE OF MOTION AND MOTION FOR DISTRIBUTION OF CLASS SETTLEMENT FUNDS |

PLEASE TAKE NOTICE that Lead Plaintiffs, upon the Declaration of Jennifer M. Keough, Chief Operating Officer of the Claims Administrator, The Garden City Group ("GCG"); the accompanying Memorandum of Law, the Declaration of Steven Banks, Attorney-in-Chief of The Legal Aid Society, and all prior proceedings herein, respectfully move this Court for an Order (i) approving the administrative determinations of GCG accepting and rejecting the submitted claims; (ii) directing payment of outstanding administrative costs and fees incurred by GCG with respect to the administration of the Settlement; (iii) directing distribution of the Net Settlement Fund to Class Members whose Proofs of Claim have been accepted; (iv) approving Lead Counsel's selection of The Legal Aid Society to receive any residual remaining in the Settlement Fund following distribution to Class Members; (v) releasing and discharging all persons involved in the administration of the Settlement from any and all claims arising out of

such involvement and barring any future claims against the Settlement Fund; and (vi) authorizing destruction of paper copies of Proof of Claim forms one year after distribution of the Net Settlement Fund, and authorizing destruction of electronic copies of claim records three years after distribution of the Net Settlement Fund.

WHEREFORE, Lead Plaintiffs respectfully request that the Court enter the proposed Order Regarding Distribution of Class Settlement Fund submitted concurrently with this Motion.

Dated: November 26, 2013

SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP

/s/ Judith S. Scolnick

JUDITH S. SCOLNICK (JS-0827)
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Tel: (212) 223-6444
Fax: (212) 223-6334
Email: jscolnick@scott-scott.com

*Counsel for Lead Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 26, 2013.

/s/ Judith S. Scolnick

JUDITH S. SCOLNICK (JS-0827)
SCOTT+SCOTT
ATTORNEYS AT LAW, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Tel: (212) 223-6444
Fax: (212) 223-6334
Email: jscolnick@scott-scott.com

*Counsel for Plaintiffs*